UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

T IMOTHY J ENKINS,
    Petitioner,

No. 1:07-cv-957

-v-

HONORABLE PAUL L. MALONEY

K ENNETH M C K EE,
    Respondent.

## JUDGMENT

Having denied the petition for writ of habeas corpus, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Respondent and against Petitioner.

**IT IS SO ORDERED.**

**THIS ACTION IS TERMINATED.**

Date: May 18, 2010                        /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          Chief, United States District Judge